IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Nomination Petition of Bob         :
Bolus, a Candidate for Mayor of the       :
City of Scranton, Pennsylvania            :
                                          :   No. 340 C.D. 2021
Appeal of: Bob Bolus, Sr.                 :

# O R D E R

AND NOW, this 21st day of April, 2021, **IT IS HEREBY ORDERED** that the above-captioned opinion filed April 14, 2021, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge